# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID THEODORE WARD, JR.

NO. 2019 KW 0571

JUL 2 2 2019

In Re:   David Theodore Ward, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 545817.

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.** Relator's sentences on counts one and three were imposed in 2014. The sentence reductions in Act 403 of 2001 and Act 45 of 2002 apply retroactively only to inmates sentenced prior to June 15, 2001. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Furthermore, the 2017 amendments to the misdemeanor and felony drug penalties do not apply retroactively. See 2017 La. Acts No. 281, § 2. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

> PMc
> TMH
> WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT